IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZACHARY TESTA : | |
| : | CIVIL ACTION NO. 14-0117 |
| Plaintiff : | |
| vs. : | |
| SENN FREIGHT LINES, INC. and : | |
| JAMES RISHER : | |
| Defendants : | |

**ORDER**

**AND NOW**, this    8th    day of February, 2016, upon consideration of Defendants, Senn Freight Lines, Inc. and James Risher's Motion for Partial Summary Judgment (Dkt. No. 39) filed July 8, 2015;[1] upon consideration of the Answer of Plaintiff, Zachery Testa, to Motion of Defendants, Senn Freight Lines, Inc. and James Risher, for Partial Summary Judgment (Dkt. 44) filed August 7, 2015;[2] and upon consideration of Defendants, Senn Freight Lines, Inc. and James Risher's Reply Brief to Plaintiff's Answer and Brief in Opposition to the Motion for Partial Summary Judgment (Dkt. No. 45) filed August 11, 2015; and for the reasons expressed in the foregoing Memorandum,

---

[1]   Defendants, Senn Freight Lines, Inc. and James Risher's Brief in Support of Their Motion for Partial Summary Judgment was also filed on July 8, 2015. See Dkt. No. 39-1.

[2]   Plaintiff's Brief in Opposition to the Motion for Partial Summary Judgment of Defendants, Senn Freight Lines, Inc. and James Risher was also filed on August 7, 2015. See Dkt. No. 44-2.

**IT IS ORDERED** that Defendants, Senn Freight Lines, Inc. and James Risher's Motion for Partial Summary Judgment is **GRANTED**, and plaintiff's claims for negligent hiring, entrustment, training, and supervision against defendant Senn Freight Lines, Inc. are **DISMISSED**.[3]

BY THE COURT:

/s/ *Henry S. Perkin*
HENRY S. PERKIN,
United States Magistrate Judge

---

[3] It is the sense of this Order that Count II of plaintiff's Complaint will not be dismissed in its entirety.  While this Order is intended to dismiss the claims of negligent hiring, entrustment, training, and supervision against defendant Senn Freight Lines, Inc., there appear to be additional claims contained in Count II as to Senn Freight.  To the extent there are claims other than those addressed by this Order, those claims shall remain.